# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FLATIRON CRANE OPERATING COMPANY, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN ADKINS,<br><br>    Defendant. | Civil No. 5:23-cv-02396-JMG |

## ORDER

**AND NOW,** this 17th day of July, 2023, upon consideration of the Motion for Expedited Discovery filed by Plaintiff, Flatiron Crane Operating Company, LLC (ECF No. 3), the Response in Opposition filed by Defendant, John Adkins (ECF No. 15), and Plaintiff's Reply In Support of Motion For Expedited Discovery (ECF No. 17), **IT IS HEREBY ORDERED** that Plaintiff's Motion (ECF No. 3) is DENIED.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge